IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHRISTOPHER MILLER,

        Petitioner,

v.                                    Case No. 5D18-2132

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed July 20, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando, and Peter C. Schmer, Assistant Public Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 30, 2018 judgment and sentences rendered in Case No. 2016-CF-7640-A-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


        PETITION GRANTED.


PALMER, LAMBERT and EISNAUGLE, JJ., concur.